UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

**Annais Ibarra-Espinoza**

Debtor(s)

Chapter 13
Case No. **22-51017**

APPLICATION FOR COMPENSATION;
DECLARATION

1. Debtor(s)' attorney, **Rabin J. Pournazarian 186735**, requests the approval of attorney's fees in the sum of $ **4,000.00** pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $ **37.00** has been previously paid to Debtor(s)' attorney.

2. In addition to the basic case, the Debtor(s') case involves:

    ___ Real property claims
    ___ Compromise plan use
    ___ Certain additional real property: ___ piece(s)
    ___ State or federal tax claims
    _X_ Vehicle loans or leases
    ___ An operating business
    ___ Support arrears
    ___ Student loans
    ___ 25 or more creditors
    ___ Motion to commence or extend the automatic stay

3. A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s') attorney, has been filed with the Court.

4. All fees are subject to Court approval, whether paid in advance or through the plan.

I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: 11/21/22

Rabin J. Pournazarian 186735
Attorney for Debtor(s)

Rev. 6/06

Rabin J. Pournazarian, SBN: 186735
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
Telephone: (818) 995-4540
Facsimile: (818) 995-9277
Attorney for Debtors.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:     Chapter 13

**ANNAIS IBARRA-ESPINOZA,**     Bankruptcy Case No. 22-51017HLB

CERTIFICATE OF SERVICE

Debtors.

_____/

I, the undersigned, declare that I am employed in the County of Los Angeles. I am over the age of 18 years and not a party to the within entitled action. My business address is 6345 Balboa Blvd., Suite 247, Encino, CA 91316.

On November 22, 2022, I served the within **"APPLICATION FOR COMPENSATION; DECLARATION"** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Encino, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

**DEBTOR**
Annais Ibarra-Espinoza
1450 North 1st Street, Apt. 18
Salinas, CA 93906

**CHAPTER 13 TRUSTEE**
Devin Derham-Burk
PO Box 50013
San Jose, CA 95150

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on November 22, 2022 at Encino, California.

                                                    /s/ Ashley Johnson
                                                    Ashley Johnson
                                                    Chapter 13 Administrator

Rev. 2/05