# United States Bankruptcy Court
## Northern District of California

In re **Annais Ibarra-Espinoza**
Debtor(s)

Case No. **22-51017**
Chapter **13**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Statement Pursuant to Rule 2016(B)**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **12/6/2022**

/s/ Rabin J. Pournazarian
**Rabin J. Pournazarian 186735**
Attorney for Debtor(s)
**Price Law Group, APC**
**6345 Balboa Blvd. Suite 247**
**Encino, CA 91316**
**818-995-4540 Fax:818-995-9277**
**rabin@pricelawgroup.com**

**United States Bankruptcy Court**
**Northern District of California**

In re **Annais Ibarra-Espinoza**      Case No. **22-51017**

Debtor(s)      Chapter **13**

## STATEMENT PURSUANT TO RULE 2016(B) - AMENDED

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   - a) For legal services rendered or to be rendered in contemplation of and in connection with this case     $ 4,000.00
   - b) Prior to the filing of this statement, debtor(s) have paid     $ 37.00
   - c) The unpaid balance due and payable is     $ 3,963.00

3. $ **313.00** of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   - a. Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   - b. Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   - c. Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: **12/6/2022**      Respectfully submitted,

/s/ Rabin J. Pournazarian

Attorney for Debtor: **Rabin J. Pournazarian 186735**
**Price Law Group, APC**
**6345 Balboa Blvd. Suite 247**
Encino, CA 91316
818-995-4540  Fax: 818-995-9277
rabin@pricelawgroup.com

Rabin J. Pournazarian, SBN: 186735
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
Telephone: (818) 995-4540
Facsimile: (818) 995-9277
Attorney for Debtors.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                          Chapter 13

**ANNAIS IBARRA-ESPINOZA,**     Bankruptcy Case No. 22-51017HLB

                                CERTIFICATE OF SERVICE

            Debtors.
_____/

       I, the undersigned, declare that I am employed in the County of Los Angeles. I am over the age of 18 years and not a party to the within entitled action. My business address is 6345 Balboa Blvd., Suite 247, Encino, CA 91316.

On December 6, 2022, I served the within **"AMENDED STATEMENT PURSUANT TO RULE 2016(B)"** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Encino, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

**DEBTOR**
Annais Ibarra-Espinoza
1450 North 1st Street, Apt. 18
Salinas, CA 93906

**CHAPTER 13 TRUSTEE**
Devin Derham-Burk
PO Box 50013
San Jose, CA 95150


       If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

       I declare, under penalty of perjury, that the foregoing is true and correct. Executed on December 6, 2022 at Encino, California.

                                                  /s/ Ashley Johnson_____
                                                  Ashley Johnson
                                                  Chapter 13 Administrator

Rev. 2/05